Prepared by: Jaicel Valverde
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, Florida, 33409
Phone Number: 561-682-8835
737094245309
Attorney Code: ~~14946~~

## ASSIGNMENT OF MORTGAGE
## ILLINOIS

This **ASSIGNMENT OF MORTGAGE** is made and entered into as of the 16TH day of NOVEMBER, 2009, from **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, as nominee for **LHI MORTGAGE, INC.**, whose address is 3300 SW 34 Avenue, Suite 101, Ocala, FL 34474, its successors and assigns, ("Assignor) to **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE REGISTER HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC4 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-NC4**, whose address is c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, all its rights, title and interest in and to a certain mortgage duly recorded in the Office of the County Recorder of **KENDALL** County, State of **ILLINOIS**, as follows:

Mortgagor: BEVERLY HOWARD
Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR LHI MORTGAGE, INC.
Amount: $188,900.00
Document Date: JANUARY 25, 2007    Date Recorded: FEBRUARY 13, 2007
Document/Instrument/Entry Number: 200700005134
PIN: 09-01-351-013-0000 / 09-01-351-020
Property Address: 856 ANGELICA COURT, JOLIET, IL
Property more fully described as: *LEGAL DESCRIPTION:*

LOT 79 IN LAKEWOOD PRAIRIE UNIT 1A, BEING A RE-SUBDIVISION OF PART OF LAKEWOOD PRAIRIE UNIT 1, RECORDED JUNE 14, 2005 AS DOCUMENT NUMBER 200500016560, BEING A SUBDIVISION OF PART OF THE NORTHWEST QUARTER AND PART OF THE SOUTHWEST QUARTER OF SECTION 1, TOWNSHIP 35 NORTH, RANGE 8 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT OF SAID LAKEWOOD PRAIRIE UNIT 1A, RECORDED MARCH 14, 2006 AS DOCUMENT NUMBER 200600007542, IN KENDALL COUNTY, ILLINOIS.

This Assignment is made without recourse, representation or warranty. IN WITNESS WHEREOF, the undersigned has executed this Assignment of Mortgage at West Palm Beach, Florida, this 1ST day of APRIL, 2010.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
ACTING SOLELY AS NOMINEE FOR LHI MORTGAGE, INC.**
BY: _____
NAME: Scott W. Anderson
TITLE: Vice President

STATE OF FLORIDA, COUNTY OF PALM BEACH   )SS.

The foregoing instrument was acknowledged before me this 1ST day of APRIL, 2010, by Scott W. Anderson, the Vice President at MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR LHI MORTGAGE, INC., on behalf of the bank. He is personally known to me.

_____
Notary Signature

MIN: 100090500000008977

NOTARY PUBLIC-STATE OF FLORIDA
Elsie Ramirez
Commission #DD914835
Expires: AUG. 09, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

MERS Ph.#: (888) 679 – 6377